**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation* , MDL 2873**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Grubb, Sue | 10/12/1948 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 2. | Hankins, Dana | 10/21/1972 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 3. | Hardin, Kevin | 10/31/1961 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 4. | Heare, Kenneth | 12/19/1970 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 5. | Henderson, Pleas | 6/16/1947 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 6. | Holmes, Patsy | 8/24/1947 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 7. | Huff, William | 2/3/1960 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 8. | Hunt, Phillip | 3/1/1965 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 9. | Johnson, Jeremy | 12/16/1979 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 10. | Jones, Rachel L | 2/2/1960 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, Liver Cancer, and Thyroid Disease | Counts I-XI |
| 11. | Karns, Roger | 8/4/1957 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 12. | Knable Morgan, Patricia | 12/4/1949 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Knapp, Larry | 12/20/1971 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 14. | Kostick, Connie | 6/13/1965 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 15. | Krammes, Angela | 8/7/1961 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 16. | Loudermilk, John | 8/7/1952 | IN | Northern District of Indiana | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 17. | Maddin, Michael | 2/14/1951 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 18. | Mahone, Eric | 3/7/1977 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 19. | Mann, David | 8/16/1942 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 20. | Marshall, Chad | 1/23/1973 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 21. | Marshall, Edward | 3/16/1955 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | McCann, Richard | 8/18/1968 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 23. | McDowell, Tony | 9/12/1965 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Thyroid Cancer | Counts I-XI |
| 24. | McIntire, Chad | 10/22/1972 | IN | Northern District of Indiana | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 25. | Mercado, Angel | 10/2/1944 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 26. | Mergener, Nicholas | 11/30/1989 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 27. | Mitchell, Jr, Clyde | 3/2/1968 | IN | Northern District of Indiana | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 28. | Moore, Bruce | 3/15/1952 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 29. | Moore, Carl | 2/25/1942 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 30. | Morandi, Stephen | 11/13/1969 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 31. | Murray, Beth | 8/5/1965 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 32. | Nachtigall, Gordon | 12/6/1942 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 33. | Neeley, Fred | 2/23/1970 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 34. | Owens, Tony | 3/20/1959 | IN | Northern District of Indiana | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 35. | Patzschke, Wayne | 11/19/1945 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 36. | Percell, Dominique | 9/24/1977 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 37. | Perry, Daniel | 5/23/1959 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 38. | Portman, Dean | 8/16/1958 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 39. | Ray, Gary | 1/23/1953 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 40. | Rhodes, Janice | 1/16/1938 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 41. | Smith, Andrew | 3/17/1960 | IN | Northern District of Indiana | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 42. | Smith, Teresa | 12/11/1959 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 43. | Smith, Wiley | 10/14/1969 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 44. | Souder, Gregory | 8/7/1955 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 45. | Stackhouse Jr, George P | 5/30/1984 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 46. | Stout, Rhonda | 11/17/1955 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 47. | Sturgeon, Ammon | 12/29/1982 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 48. | Tucker Sr, Charles | 11/14/1945 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 49. | Turner, John | 12/18/1945 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | Vantlin, Katherine | 7/14/1971 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 51. | Westfall, Carl | 8/26/1961 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 52. | Wicker, Glenn | 9/9/1947 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 53. | Wolfe, Richard | 9/7/1954 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 54. | Wright, Penny G | 3/14/1958 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Ulcerative Colitis | Counts I-XI |
| 55. | Wynne, Harlow | 4/23/2019 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 56. | Youngquist, Jonathan | 1/4/1983 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 57. | Allen, Christine J | 9/22/1956 | KS | District of Kansas | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 58. | Bigelow, Brian | 5/29/1976 | KS | District of Kansas | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 59. | Boring III, Charles L | 2/2/1994 | KS | District of Kansas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 60. | Brockman, Jimmie | 1/16/1962 | KS | District of Kansas | No | Yes | No | Kidney Cancer, Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 61. | Culver, Brent | 3/13/1952 | KS | District of Kansas | No | Yes | No | Kidney Cancer, Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 62. | Farrell, Robin | 11/18/1966 | KS | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 63. | Hischke, Sherri | 7/11/1970 | KS | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 64. | Howerton, Paul J | 10/15/1950 | KS | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 65. | Johnson, Thomas | 3/26/1942 | KS | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 66. | Kilgore, Clifford | 6/3/1960 | KS | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 67. | Kley, Roger | 4/21/1964 | KS | District of Kansas | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 68. | Lassen, Paul | 3/22/1954 | KS | District of Kansas | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 69. | Lewis, Jack | 12/25/1955 | KS | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 70. | Mason, Felisha R | 8/16/1969 | KS | District of Kansas | No | Yes | No | Liver Cancer, and Testicular Cancer | Counts I-XI |
| 71. | Mullin, Francine | 10/3/1949 | KS | District of Kansas | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 72. | Nagel, Megan | 4/13/1983 | KS | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 73. | Peterson, Barbara K | 12/11/1958 | KS | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 74. | Richards, Michael | 1/30/1966 | KS | District of Kansas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 75. | Sappington, Michele | 3/3/1954 | KS | District of Kansas | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 76. | Swift, Jonathon | 5/14/1987 | KS | District of Kansas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 77. | Torres, Michael | 2/15/1985 | KS | District of Kansas | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 78. | Wallace, Michael | 9/24/1952 | KS | District of Kansas | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 79. | Wilson, Paul | 1/17/1965 | KS | District of Kansas | Yes | Yes | No | Kidney Cancer, and Testicular Cancer | Counts I-XI |
| 80. | Abbott, Jo | 3/13/1954 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 81. | Bauman, Mark | 12/8/1957 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 82. | Baumstarck Jr, Joseph | 11/22/1958 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 83. | Blankenship, Joey | NULL | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 84. | Brenegan, Robyn V | 8/30/1977 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 85. | Burton, Thomas | 3/26/1956 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 86. | Chadwell, Justin | 1/31/1991 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |
| 87. | Clark, Jeffrey | 8/20/1981 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |
| 88. | Clendenning, James | 10/4/1948 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 89. | Cotton, Joseph | 4/29/1959 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 90. | Daugherty, Travis | 12/24/1993 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |
| 91. | Davis, Randy | 10/16/1953 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 92. | Davis Jr, Terry | 2/21/1975 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 93. | Foley, Jerry | 4/29/1953 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 94. | Gilkison, Marty | 2/4/1954 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 95. | Gray, Karen | 11/29/1954 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 96. | Green, Zita | 1/27/1947 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 97. | Hall, Pamela | 7/8/1952 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 98. | Hamilton, Kenneth | 8/12/1969 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 99. | Hebner, April | 8/9/1949 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 100. | Heenan-Farooqui, Sherry | 8/4/1964 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 101. | Hodson, Joseph | 12/15/1963 | KY | Western District of Kentucky | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 102. | Houk, Robert | 2/19/1968 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 103. | Humphries, Norris J | 2/28/1948 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Jones, Jerry | 7/30/1972 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |
| 105. | Keller, Charity | 4/11/1970 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 106. | Knight, Mary | 10/10/1952 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 107. | Latham, Camala | 11/9/1963 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 108. | Lewis, Gerald | 9/25/1947 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 109. | Liccardi, Alice | 11/16/1947 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 110. | Little, Vickie | 9/27/1956 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 111. | Mabunda, Cristiano | 5/20/1979 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, Testicular Cancer | Counts I-XI |
| 112. | Martin, Franklin | 4/16/1955 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 113. | McKellips, Jerry | 2/16/1949 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 114. | McNear, John | 6/18/1981 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 115. | Mobley, William E | 10/30/1963 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 116. | Morton, Ricky | 7/22/1957 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |
| 117. | Peck, Charles | 12/10/1958 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 118. | Pennington, Steven | 2/2/1966 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 119. | Pleasant Jr., Clarence | 9/7/1959 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |
| 120. | Pope, Christina | 10/27/1978 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer and Thyroid Disease | Counts I-XI |
| 121. | Rodriguez, Ashley | 11/6/1985 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Sherrod, Wendy | 1/28/1960 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 123. | Shoffner, Bobby | 10/1/1958 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Shouse, Daniel D | 12/5/1958 | KY | Western District of Kentucky | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 125. | Smith, Dean | 2/24/1959 | KY | Western District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 126. | Staton, Robert | 7/7/1992 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 127. | Taylor, Lane | 1/10/1962 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 128. | Torres, Kimberly | 12/23/1956 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 129. | VanEtten, Jason | 5/21/1984 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |
| 130. | Warf, Gary | 2/3/1948 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 131. | Wilkerson, Jeremy | 1/6/1978 | KY | Western District of Kentucky | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 132. | Yeager, James | 1/2/1976 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 133. | Adams, Peter T | 12/30/1971 | LA | Eastern District of Louisiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 134. | Billiot, Leroy | 10/4/1956 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 135. | Bolton, Francis | 3/9/1959 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 136. | Bonnette Jr, Kenneth | 1/18/1956 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 137. | Brashear, Adam | 8/5/1989 | LA | Eastern District of Louisiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 138. | Burdges, Jessica | 7/3/1982 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 139. | Campbell, Akaya | 5/8/1977 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 140. | Carbaugh, James | 1/26/1963 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer, Liver Cancer, and Testicular Cancer | Counts I-XI |
| 141. | Chipps, Dewon | 8/3/1973 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 142. | Clark, Russell J | 7/9/1957 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 143. | Dawson, Paul | 9/2/1976 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer, and Testicular Cancer | Counts I-XI |
| 144. | Donohue, Maureen | 5/22/1953 | LA | Eastern District of Louisiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 145. | Dyess, Larry | 11/18/1946 | LA | Eastern District of Louisiana | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 146. | Fontenot, James | 8/4/1960 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer, and Ulcerative Colitis | Counts I-XI |
| 147. | Gill, Letha | 10/4/1963 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer, and Thyroid Cancer | Counts I-XI |
| 148. | Guidry, Eness | 9/27/1954 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer, Liver Cancer, and Ulcerative Colitis | Counts I-XI |
| 149. | Hanks, Ronald | 2/16/1965 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 150. | Hebert, Dalton | 11/25/1959 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |