# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.: 2873<br><br>This Document Relates to cases listed in Exhibit A |

## NOTICE OF VOLUNTARY DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE BY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the entire claim of each Plaintiff listed in attached **Exhibit A** is hereby DISMISSED WITHOUT PREJUDICE, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims. All claims brought by the remaining captioned Plaintiffs shall remain against all Defendants.

Dated: New York, New York
November 14, 2025

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Nicholas Mindicino*
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
nmindicino@napolilaw.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

/s/ Nicholas Mindicino
Nicholas Mindicino

Exhibit A

| Plaintiff Name | Case Name | Case Number |
|---|---|---|
| Kubik, April | Barker et al v. The 3M Company et al | 2:18-cv-03392-RMG |
| Mathis, Leslie | Civitarese, et al. v. The 3M Company, et al | 2:18-cv-03434-RMG |
| Rocco, John | Marc Brown, et al. v. The 3M Company et al | 2:23-cv-03062-RMG |
| Carter, Kyle | Van Alstine et al v. The 3M Company et al | 2:23-cv-06831-RMG |
| Shawley, Donald | Dohrman, Duane, et al v. THE 3M COMPANY et al | 2:24-cv-00608-RMG |
| Moore, Kevin | Craig Anton, et al v. THE 3M COMPANY et al | 2:24-cv-03639-RMG |
| Delahoy, Lloyd | Dustin Dyer et al. v. The 3M Company et al | 2:25-cv-06203-RMG |
| Tucker, Charles Sr. | Sue Grubb et al v. 3M et al | 2:25-cv-11313-RMG |
| McConnell, Terry | Guadalupe Mata et al v. The 3M Company et al | 2:25-cv-11661-RMG |
| Morrow, Betty | Rodney Morris et al v. The 3M Company et al | 2:25-cv-11703-RMG |
| Cusumano, John | Erica Acera et al v. The 3M Company et al | 2:25-cv-12497-RMG |
| Cocke, Matthew | Roger Camacho et al v. The 3M Company et al | 2:25-cv-13168-RMG |